# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
44-20-7615-3000
FAX: 44-20-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5969-2700
FAX: 8610-5969-2707

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-5410-2801
FAX: 813-5410-2891

SÃO PAULO
55-11-3927-7700
FAX: 55-11-3927-7777

May 27, 2015

Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: *Wilmington Trust, Nat'l Ass'n, et al. v. Wilmington Sav. Fund Soc'y, FSB, et al.*, No. 15-02280

Dear Judge Román:

    We write on behalf of Second Lien Noteholders[1] in the above-captioned action further to our letter dated May 21, 2015 (Dkt. No. 8), and in reply to the letter from plaintiff-appellant, Wilmington Trust, National Association dated May 26, 2015 (Dkt. No. 10) (the "Appellant's Opposition Letter"). The Second Lien Noteholders intend to submit a substantive response to the Appellant's Opposition Letter by 1 p.m. today, May 27, 2015.

    Respectfully submitted,

    /s/ Michael L. Hirschfeld

    Michael L. Hirschfeld

cc: All Counsel of Record (via ECF)

---

[1] Defined terms not otherwise defined herein shall have the meaning afforded to them in the Second Lien Noteholders' May 21, 2015 letter (Dkt. No. 8).